**Order entered April 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00519-CV

### IN RE ARTHUR ROY MORRISON, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-55832-S**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. Although we have considered relator's petition without payment of the filing fee and without filing of the required number of copies by relator, we **DENY** as moot relator's omnibus motion to the extent it requests that relator be allowed to proceed in forma pauperis and without providing the required number of copies. We **DENY** relator's omnibus motion to the extent he requests to be bench warranted to Dallas County for an oral hearing on the petition.

/s/    MOLLY FRANCIS
JUSTICE